IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (Baltimore)

|  |  |
|---|---|
| In re: | * |
| Thurman O. Person, Jr. | Case No. 09-23352 RAG |
| Sharon D. Jones-Person | * Chapter 11 |
| Debtors | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| SunTrust Bank | |
|  | * |
| Movant | |
| v. | * |
| Thurman O. Person, Jr. | * |
| Sharon D. Jones-Person | |
|  | * |
| Respondents | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR RELIEF FROM AUTOMATIC STAY as to
one (1) 2003 Ford Econoline Van VIN 1FTSS34L93HC00194**

SunTrust Bank ("Movant"), by its attorney, Amy K. Kline, moves for relief from the Automatic Stay imposed by 11 U.S.C. §362 for the following reasons:

1.   This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157(b) and 1334, 11 U.S.C. §362(d) Federal Rule of Bankruptcy Procedure 9014 and Local Administrative Rule 4001.

2.   On 07/22/2009 the Debtors filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code (See Docket Text, Document #1).

3.   Previous to the instant bankruptcy filing, the Debtor, Thurman O. Person, Jr., as buyer, executed and delivered to the Seller and/or Dealer, Anderson Automotive Group, Inc., a Credit sale Contract and disclosure Statement (hereinafter "Contract") attached to this Motion and hereby incorporated by reference as Exhibit No. 1.

4.      In financing the vehicle, the Debtor agreed to pay Seller 60 consecutive monthly payments of $307.90 beginning 06/30/2006 and in so doing granted to Seller a Security Interest in the vehicle at issue, one (1) **2003 Ford Econoline Van VIN 1FTSS34L93HC00194** (Exhibit No. 1).

5.      Seller then assigned its Security Interest in the Vehicle to SunTrust Bank (Exhibit No. 1).   Movant perfected its interest in the vehicle by filing a Maryland Notice of Security Interest Filing attached hereto and incorporated by reference as Exhibit No. 2.

**6.      Having filed for Chapter 11 protection on 07/22/2009 and having remitted the last payment to Movant on 10/29/2009, the Debtor, Thurman O. Person, Jr., is post-petition almost four (4) months in arrears for the aggregate amount of $1,231.60.  The balance owed on the vehicle is $6,618.35 (See, Exhibit No. 3).**

7.      Under §362(c)(2), the automatic stay shall remain in effect until the case is closed, dismissed or a discharge is issued, none of which has occurred in this case.

8.      Because the Collateral is not necessary for an effective reorganization and Debtors have no equity in the Collateral as the vehicle is not worth the amount owed to Movant as verified by the attached NADA Guide (Exhibit No. 4), SunTrust is entitled to the requested relief pursuant to 11 U.S.C. §362(d)(2).

9.      Moreover, the Collateral may not be adequately or properly maintained and, as a result, may continue to lose value and therefore increase the sum which Debtor, Thurman O. Person, Jr., may ultimately owe for liquidated damages under the provision of Exhibit No. 1.

10.     By virtue of the above-described defaults under the terms of the Contract, herein before specifically mentioned, Movant has all the rights and remedies of a Secured Party under Exhibit No. 1 and state law, including the right to take possession of the Property.

11. Furthermore, the Movant is not adequately protected under §362(d)(1) due to the Debtor's failure to make payments to the Movant.

12. By virtue of the above-cited circumstances, Movant has been and continues to be irreparably injured by the stay of 11 U.S.C. §362, which prevents Movant from enforcing its rights under the Contract.

13. In addition, cause exists to terminate, annul or modify the automatic stay to allow Movant to exercise its rights under the terms of the Contract.

WHEREFORE, Movant requests this Court to grant the following relief:

1. That the Court enter an Order lifting the automatic stay of 11 U.S.C. §362 to allow Movant to take possession of and to sell, lease or do otherwise to the Collateral which is the subject of Exhibit 1 as permitted by Exhibit 1 and under the law.

2. That this Court grant such other and further relief as the nature of the cause may require.

Date: 01/25/2010                                /s/ Amy K. Kline
                                                Amy K. Kline, #8382
                                                35 Franklin Blvd.
                                                Reisterstown, Md. 21136
                                                410-526-9551