**Credit Sale Contract and Disclosure Statement (Maryland)**     1-800-821-7006     **SunTrust**

Buyer(s) Name(s) and Address(es):
THURMAN OLIVER PERSON JR
2 HAWK RISE LANE, OWINGS MILLS, MD 21117

Seller's Name and Address:
ANDERSON AUTOMOTIVE GROUP, INC.
115 W 25TH ST
BALTIMORE, MD 21218

The words "you" and "your" mean the Buyer, and refer to each person or entity who signs below as Buyer or Cosigner. "We", "us" and "our" mean the Seller, or SunTrust Bank after it buys this contract.

**Payment Terms:** You are buying on credit the vehicle described below (the "vehicle"). You promise to pay us the Amount Financed plus simple interest on that amount at the Annual Percentage Rate, in consecutive monthly installments commencing on the due date specified in the Schedule of Payments and on the same day of each succeeding month until paid in full. You will also pay to us any other charges payable under this contract, such as late charges, and costs of collection, repossession, storage or sale of the vehicle. Vehicle use: primarily personal/family/household purposes; or ☐ business purposes.

| New/Used | Mileage | Year | Make/Name | Body Type | Vehicle ID. Number |
|---|---|---|---|---|---|
| USED | 82220 | 03 | FORD E350 ECONOLINE VAN | VN | 1FTSS34L93HC00194 |

| Amount Financed | Annual Percentage Rate | Finance Charge | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The amount of credit provided to you or on your behalf | The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount you will have paid after you have made all payments as scheduled | The total cost of the credit purchase, including a downpayment of $1000.00 |
| $14254.40 | 10.59 % | $4219.60 | $18474.00 | $19474.00 |

**Schedule of Payments**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 307.90 | Monthly beginning 06/30/06 |

**Late Charge:** If your payment is 15 or more days late, you will be charged 10% of the amount due.
**Prepayment:** If you pay off early, you will not have to pay a penalty.
**Security Interest:** You are giving us a security interest in the vehicle. If all your money on deposit with us, and your property in our possession.
**More Information:** You should see the remainder of this contract for additional information regarding nonpayment, default, required repayment in full before the scheduled date, and prepayment.

NOTE: $ ➞ next to any figure means an estimate

### ITEMIZATION OF THE AMOUNT FINANCED

1. **CASH PRICE**
   - A. Cash price of the vehicle .................... $ 11500.00
   - B. Charges for delivery, installation, repairs, electronic filing or other services .... $ 118.00
   - Total Cash Price (A + B) .................... $ 11618.00 (1)
2. **DOWNPAYMENT**
   - A. Cash downpayment (including manufacturer's rebate of $N/A) .... $ 1000.00
   - B. Net value of trade-in, which is a (if net value is negative, enter "0" and see 4G below)
     - Year _____ Make _____ Model _____ .... $ N/A
   - Total Downpayment (A + B) .................... $ 1000.00 (2)
3. UNPAID BALANCE OF CASH PRICE (1 minus 2) .................... $ 10598.00 (3)
4. **OTHER CHARGES BEING FINANCED** (including amounts paid to others on your behalf; we may retain a portion of these amounts)
   - A. Taxes not included in sale price .................... $ 579.90
   - B. Optional Debt Cancellation Contract paid to Seller or _____ (see *below) $ N/A
   - C. Credit insurance paid to insurance company/companies (see ** below) .... $ N/A
   - D. Filing fees paid to government agencies .................... $ 20.00
   - E. Title/registration fees paid to government agencies .................... $ 177.50
   - F. Optional mechanical repair contract to SECURENET .................... $ 2859.00
   - G. Other to _____ for _____ .................... $ N/A
   - to _____ for _____ .................... $ N/A
   - Total of Other Charges (A through G) .................... $ 3556.40 (4)
5. AMOUNT FINANCED (3+4) .................... $ 14254.40 (5)
6. FINANCE CHARGE .................... $ 4219.60 (6)
7. TOTAL OF PAYMENTS (5 + 6) .................... $ 18474.00 (7)

### INSURANCE DISCLOSURES

*Optional Debt Cancellation Contract. You are not required to purchase a debt cancellation contract to obtain credit. A debt cancellation contract will not be provided unless you sign for it below and agree to pay the additional cost shown in 4B of the Itemization above.

Term: _____ mos.     Signature _____

**Optional Credit Insurance:** Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign for them and agree to pay the additional cost. If you choose credit life insurance, it will provide coverage the proceeds of which will be payable to us for the unpaid balance at the time of your death. If you choose credit disability insurance, it will cover installment payments to us while you are disabled. The cost of your premium is shown below and in 4C of the Itemization above.

| | Premium | | |
|---|---|---|---|
| Credit Life | $ N/A | You want credit life insurance | X _____ Signature |
| Joint Credit Life | $ N/A | You want joint credit life insurance | X _____ Signature  X _____ Signature |
| Credit Life and Disability | $ N/A | You want credit life and disability insurance | X _____ |

**Assignment by Seller:** By the signature of its authorized representative below, Seller hereby assigns this contract to SunTrust Bank under the terms of the assignment on the reverse side and the antecedent Dealer Agreement.

Buyer and Cosigner acknowledge that (i) before signing below they read both sides of this contract with all blanks filled in, (ii) before signing below Cosigner read the separate Notice To Cosigner form, and (iii) immediately upon signing below Buyer and Cosigner received a copy of this contract.

SELLER: ANDERSON AUTOMOTIVE GROUP, INC. (SEAL)      DATE: 05/20/06
BY: _____ [signature]                                BUYER: Thurman O. Person (SEAL)
TITLE: General Director                              CO-BUYER: _____ (SEAL)
DATE: 05/20/06                                       COSIGNER: _____ (SEAL)

The undersigned is signing this contract only for the purpose of granting us a security interest in the vehicle. We can modify, change or vary the terms of the contract (including the terms of payment) and release any Buyer or other obligor without notifying or releasing the undersigned.

_____ (SEAL)   _____   _____   _____
Grantor of Security Interest   Date   Street Address   City, State & Zip Code

**Authorization for Pre-Arranged Payments:** You authorize SunTrust Bank to initiate charges from your ☐ checking account # _____ ☐ money market account # _____ at ☐ SunTrust Bank or ☐ savings account # _____ routing/transit # _____ to pay your monthly payments. You may revoke this authorization. Revocation shall be effective for any scheduled transfer falling more than 3 days after SunTrust Bank receives your notice of revocation. If you revoke this authorization in writing, such revocation should be sent to SunTrust Bank at P.O. Box 85160, Richmond, VA 23285.

Signature: _____     Signature: _____
Please attach a voided check or deposit slip.

### BALLOON PAYMENT ELECTION

By checking this box ☐ you have elected to finance under the balloon payment option, and your last scheduled payment will be substantially larger than each of the other scheduled payments. See the "Schedule of Payments" above. There are important provisions on the reverse side of this contract concerning fees and charges associated with the balloon payment option, including your right to refinance the balloon payment and your right to sell the vehicle to us in lieu of making the balloon payment. You should read those provisions before signing below.

Under the balloon payment option you will have to pay us an excess mileage charge for each mile driven over _____ miles during the originally scheduled term of this contract. See paragraph 25 on the reverse side for details.

_____ (Seal)     _____ (Seal)
Buyer            Buyer

_____ (Seal)     _____ (Seal)
Cosigner         Cosigner

## ADDITIONAL TERMS AND CONDITIONS

1. **Allocation of Payments/Daily Interest/Cancellation of Insurance:** We shall credit each of your monthly payments first to pay any charges or fees you owe under this contract, second to any unpaid Finance Charge, and thereafter, to reduce principal, or in any other order we wish. Interest will be computed by applying the Annual Percentage Rate to the unpaid balance of the Amount Financed until actually paid. Your monthly payment must be received by us no later than 2:00 pm on a weekday that is not a bank holiday in order to be credited as of that date. Your payments will be made to us at any of our offices or at such other address as may be designated by us in writing from time to time. Since your Finance Charge accrues daily, if you are consistently early in paying your installments, your last payment will be less than scheduled. If you are consistently late, your last payment will be more than scheduled. Any adjustment in your final payment resulting from payments received on days other than the days you are scheduled to pay will be reflected in a statement sent to you by us prior to the due date of the final payment setting forth the amount due. Any refund from a cancellation of any insurance applicable to this contract, or any cancelable item, including any applicable rebate of Finance Charge, will be treated as a partial prepayment.

2. **Additional Charges:**
(a) **Late Charge:** If your payment is 15 or more days late, you will be charged 10% of the amount due.
(b) **Returned Check:** If you have made a payment by check and your check is dishonored, you will pay us a fee in the highest amount allowed by law.
(c) **Deferrals:** If you wish to defer one or more of your monthly payments, and we permit you to do so, we will inform you of the applicable fee at the time of your request.
(d) **Permanent Change of Payment Due Date:** If you ask us to permanently change your payment due date, and we permit such a change, you will be charged a fee of $25.00.
(e) **Extending the Due Date of a Payment:** If you ask us to extend the due date of a particular payment, and we permit you to do so, you will be charged the highest fee allowed by law.
(f) **Prepayment:** You will not have to pay a penalty if you pay off the amount owed under this contract early.

3. **Risk of Loss/Acceleration and Default:** You will pay us all amounts owed under this contract even if the vehicle is damaged, destroyed or missing. If a default occurs, we have the right, at our option and without giving you prior notice or demand, to require that you pay immediately the full amount that you owe under this contract. A default occurs if (a) you do not make a payment together with your late charge, within 7 days after the date the scheduled payment is due, (b) any of you are in or file for bankruptcy, receivership, or an insolvency proceeding, (c) any of you die, (d) any order or attachment, levy or garnishment is issued against any of you or any property, assets or income of any of you, (e) any of you fail to perform any promise you made in this contract or any other contract with us, (f) any of you commit fraud or make a material misrepresentation at any time in connection with this contract, or (g) the vehicle is destroyed or, due to neglect or misuse, its value is reduced to 75% of its wholesale market value as stated in the most recent NADA Official Used Car Guide, or similar publication to be determined by us. You agree to allow us to inspect the vehicle to determine its current value at any time, upon reasonable notice.

4. **Security Interest:** You are granting us a security interest in the vehicle and any accessories, equipment and replacement parts installed in the vehicle. The security interest also covers (a) Insurance premiums returned to us (b) proceeds of any insurance policies or service or debt cancellation contracts on the vehicle and (c) proceeds of any insurance policies on your life or health which are financed in this contract. This grant secures payment of all amounts you owe as a result of this contract and any transfer, renewal, extension or assignment of it. It also secures your other promises in the contract.

5. **Insurance:** You agree to keep the vehicle insured for its full value against loss or damage with an insurance company of your choice. The deductible on such insurance shall be no greater than $500.00. You will name SunTrust Bank as loss payee on the policy and will deliver the policy to us. You will promptly pay all insurance premiums when due, provide proof of payment upon request, and notify us if coverage lapses. You agree to have required property insurance, which protects both your interest and our interest in the vehicle, for the term of this contract.

6. **Documents for Filing/Further Assurances:** You will promptly sign and deliver to us such other and further documents as we may require (a) to establish or maintain our security interest in the vehicle, (b) to correct any errors or omissions in this contract, or (c) to help us resell the vehicle after repossession. SunTrust is authorized to correct clerical errors or omissions in the contract and all other papers executed, endorsed, or assigned in connection with this contract.

7. **Use and Possession of Vehicle/Notice and Consent Required Upon Transfer:** With reference to the vehicle, you (a) will keep it in good condition and repair, (b) will notify us immediately if it is lost, stolen, destroyed, or substantially damaged, (c) will allow us to inspect it at any reasonable time, (d) will not permit it to be used for any purposes prohibited by law, (e) will not sell, abandon, lease or otherwise transfer ownership of it to any other person without paying us the full balance then due, (f) will not take it outside the United States for any period without first obtaining our written consent, (g) will notify us in writing of any change of address where the vehicle is regularly kept, and (h) will not use it for hire.

8. **Repossession and Sale of Vehicle:** If you default, we may exercise at our option any and all of the rights and remedies on default of a secured party under the Uniform Commercial Code or other applicable law and all rights provided in this contract including without limitation the right to take possession of the vehicle. After repossession, we have the right to sell the vehicle at public auction or private sale to reduce the amount owed to us by you. If the vehicle is sold, we may purchase it. If the sale proceeds are insufficient to pay all amounts owed under this contract (including any costs which we incur for insurance, repossession, storage, or sale of the vehicle), you will still be responsible for the balance owed unless agreed to by us in writing, and we also have a right to obtain a deficiency judgment against you for the balance which is still owed.

9. **Other Property Taken:** We may take possession of any property not subject to our security interest which is in, on or attached to the vehicle at the time we take possession of the vehicle. We may hold such other property unless:
(a) You first demand in writing that we return such other property; and
(b) The demand is sent to us by certified mail within 5 days after we take possession of such other property; and
(c) The written demand clearly describes such other property.

10. **Attorney's Fees, Court and Other Collection Costs:** If this contract is referred for collection by us to an attorney who is not our salaried employee, you agree to pay reasonable attorney's fees equal to 25% of the amount then due, together with any court and other collection costs actually incurred.

11. **Right of Setoff:** If we accelerate payment of this contract, we can also take any amounts which you have on deposit with us and apply them to payment of this contract or any other debts which you owe us (except IRA and Keogh accounts and pension funds). Further, we may take these actions without first giving you notice.

12. **Assignment:** This contract is being assigned by the Seller to SunTrust Bank. If the contract is further assigned by SunTrust Bank, the assignee will have all of our rights and powers.

13. **Each Buyer Responsible:** If more than one Buyer or Cosigner signs this contract, each is responsible for the entire balance of the credit sale.

14. **Communications Concerning Disputed Debts:** ALL OF YOUR COMMUNICATIONS TO SUNTRUST BANK CONCERNING DISPUTED DEBTS, INCLUDING AN INSTRUMENT TENDERED AS FULL SATISFACTION OF THIS CONTRACT,

SHOULD BE SENT TO: SunTrust Bank, Auto Loan Servicing Dept., P.O. Box 85160, Richmond, VA 23285-5160.

15. **Entire Agreement/Modification:** This contract contains the entire agreement between the Seller and the Buyer, and may not be supplemented or modified orally, but only by a written instrument duly executed by all parties.

16. **Waivers and Extensions:** You waive any right to demand for payment or notice of nonpayment upon your default. If we extend the time for payment of any installment, or waive any rights we have, we are not required to do so in the future.

17. **Information Sharing:** YOU AUTHORIZE SUNTRUST BANK TO DISCLOSE ANY INFORMATION IN OR RELATING TO THIS LOAN ACCOUNT (INCLUDING INFORMATION RECEIVED FROM THIRD PERSONS) TO ANY OF SUNTRUST BANK'S SUBSIDIARIES, AFFILIATES AND ASSIGNS AND TO ANY POTENTIAL ASSIGNEE, TRANSFEREE OR PARTICIPANT IN THE CREDIT TO WHICH THIS LOAN ACCOUNT APPLIES. IN THE EVENT YOU DO NOT WANT US TO SHARE CERTAIN INFORMATION WITH OUR AFFILIATES (OTHER THAN TRANSACTIONAL OR EXPERIENTIAL INFORMATION), YOU MUST WRITE US AT SUNTRUST BANK, ATTN: AFFILIATE SHARING, RJC 9292, P.O. BOX 26294, RICHMOND, VA 23250-8254. PLEASE INCLUDE YOUR NAME, ACCOUNT NUMBER AND SOCIAL SECURITY NUMBER SO THAT WE MAY PROCESS YOUR REQUEST.

18. **Governing Law:** This contract is governed by the internal laws of the state of Maryland and by the laws of the United States.
(a) If the balloon payment option is NOT chosen, we elect to have Subtitle 10 of Title 12 of the Commercial Law Article of the Maryland Code govern this contract and this extension of credit.
(b) If the balloon payment option IS chosen, this contract is NOT an extension of credit under Subtitle 10 of Title 12 of the Commercial Law Article of the Annotated Code of Maryland.
(c) If the laws governing this contract do not allow all of the terms set forth herein, the terms that are not allowed will be void. The rest of this contract will still be enforceable.

19. The following provision is applicable only if this contract is for the sale of a used vehicle: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

20. The following notice applies to all transactions that involve goods other than consumer goods: THE SELLER MAKES NO REPRESENTATION, PROMISE OR WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO THE MERCHANTABILITY, SUITABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE GOODS OR OTHERWISE UNLESS THE SAME IS ENDORSED HEREIN IN WRITING OR IS CONTAINED ON A SEPARATE WRITTEN INSTRUMENT SIGNED BY THE SELLER.

21. NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

### BALLOON PAYMENT OPTION

**Balloon Payment Contract:** If you have chosen the balloon payment option, the following provisions apply to this contract:

22. **Balloon Payment:** Under the terms of this Balloon Payment Contract you are obligated to repay the Total of Payments in equal monthly installments, but with a substantially larger final payment. These payments are itemized in the Schedule of Payments shown on the front of this contract. You may satisfy your originally scheduled final payment obligation in one of three ways. First, you may make the final payment. Second, you may refinance the final payment as set forth below. Third, you may sell the vehicle as set forth below.

23. **Refinancing:** You may refinance the originally scheduled final payment unless you are in default under this contract. You must provide proof of insurance acceptable to us before the refinancing and sign a refinance contract. We may charge a higher rate of interest during the refinance period if such an increase is permitted by law. However, the amount of the monthly payment in the refinance contract will be the same as in this contract. The term of the refinancing will be based on the amount refinanced, the rate and the amount of the monthly payment. If you wish to refinance through us, you must notify us in writing. Except as discussed in Paragraph 24, the notice should be received no later than 30 days prior to the final payment due date.

24. **Sale to SunTrust:** You may sell the vehicle to us for an amount equal to the originally scheduled final payment, but only if you are not in default under this contract. Before the sale you must pay us a $300.00 disposition fee and provide proof that you have complied with the manufacturer's maintenance schedule and any recall program. You must also pay us any excess mileage charge, along with the cost of any excess wear and tear, as set forth below. You must take the vehicle to a place designated by us for inspection no later than 15 days prior to the final payment due date. After the inspection, if you decide to sell the vehicle to us, you must give the vehicle to us no later than the final payment due date. At that time, you must also sign and deliver all papers needed to transfer ownership of the vehicle to us. After the inspection, if you decide not to sell the vehicle to us, you must immediately contact us and inform us whether you want to refinance the final payment.

25. **Excess Mileage Charge:** If you exercise your option to sell us the vehicle under Paragraph 24, you will be charged 16¢ per mile for each mile driven in excess of the allowance noted in the Balloon Payment Election Box on the front of this contract. If the sale to us occurs on any date other than the originally scheduled final payment due date, the excess mileage charge will be figured on a pro rata basis.

26. **Excess Wear and Tear:** You are responsible for all repairs to the vehicle that are either (i) the result of excess wear and tear, or (ii) required to restore the vehicle to proper operating condition. Such repairs include, but are not limited to, those necessary to:
(a) correct any mechanical malfunctions (even those that are not the result of neglect or misuse);
(b) replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread; and
(c) repair, replace or remove all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grillwork; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all decals or stickers; all broken or burned out lights; all interior rips, stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force. If you have not made the repairs before inspection of the vehicle under Paragraph 24, you will owe the estimated costs of such repairs. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

27. **Odometer:** You are required by federal law to properly certify the mileage on the vehicle at the time you sell it to us. If the odometer on your vehicle should break during the originally scheduled term of this contract, you must immediately repair or replace it.

### DEALER'S ASSIGNMENT

**Assignment:** For value received the Seller ("Dealer") hereby sells, assigns, and transfers to SunTrust Bank, its successors and assigns ("SunTrust"), all of its right, title and interest in this Credit Sale Contract and Disclosure Statement ("contract") and in the collateral described in the contract, with full power to act in the name of the Dealer or SunTrust.

**Representations and Warranties:** To induce SunTrust to accept this assignment Dealer represents and warrants that (1) all disclosures required by law were properly made to each Buyer before the contract was signed, (2) the signature of each Buyer is genuine, and the contract was signed in the Dealer's presence, (3) each Buyer is at least 18 years old and to the best of Dealer's knowledge each Buyer had full legal capacity to contract, (4) Dealer had title to the vehicle described in the contract (the "vehicle") at the time of sale free from any liens, (5) all required insurance documentation will be delivered to Buyer within the time required by law, (6) the downpayment received by Dealer is exactly as shown in the contract and, other than for approved manufacturer's rebates, no part of the downpayment has been advanced by Dealer to Buyer, (7) the lien created by the contract has been recorded as required by state law governing the vehicle, (8) to the best of Dealer's knowledge, no Buyer has ever violated any laws governing liquor or narcotics, (9) to the best of Dealer's knowledge, all financial information submitted by each Buyer is accurate and complete, (10) and the contract is fully enforceable.

**Indemnification:** Each of the foregoing representations and warranties is material to SunTrust's acceptance of this assignment, and Dealer agrees to indemnify SunTrust and hold it harmless from all liabilities, damages, losses and expenses (including reasonable attorney's fees) sustained by reason of any representation or warranty set forth above proving to be untrue, inaccurate, or misleading. Without limiting in any manner Dealer's obligations under the foregoing indemnity provision, Dealer specifically agrees that should a representation or warranty prove to be untrue, inaccurate, or misleading, Dealer shall promptly repurchase and accept reassignment of the contract, and upon demand pay SunTrust the full amount of the unpaid balance of the "Total of Payments" under the contract, together with any and all costs or expenses incurred by SunTrust.

**Dealer Agreement:** Dealer agrees that its further liability to SunTrust shall be governed by all provisions of any Dealer Agreement between Dealer and SunTrust.

If the above representations and warranties are true and correct, Dealer's liability with respect to the contract shall be without recourse unless a different provision is made in writing between SunTrust and the Dealer.